■ DONNA MARINO, Appellant, v DEPOSITORY TRUST COMPANY, Respondent, et al., Defendant. [597 NYS2d 592] —Order, Supreme Court, New York County (Myriam Altman, J.), entered on August 14, 1992, unanimously affirmed for the reasons stated by Altman, J., without costs and without disbursements. We would also note that plaintiff's action against the employer is barred by the exclusivity provisions of Workers' Compensation Law §§ 11 and 29 (6) *(see also, Thompson v Maimonides Med. Ctr.,* 86 AD2d 867, 867-868). No opinion. Concur—Sullivan, J. P., Kupferman, Asch and Kassal, JJ.

■ ANDRE URBANSKI et al., Respondents, v CITY OF NEW YORK et al., Appellants, et al., Defendants. CITY OF NEW YORK, Third-Party Plaintiff-Appellant, v R AND C CORPORATION, Third-Party Defendant-Appellant. (And a Second Third-Party Action.) [597 NYS2d 542] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on January 6, 1992, unanimously affirmed for the reasons stated by Schlesinger, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Ellerin and Rubin, JJ.